UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY 03 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 2:22-CR-7 |
| BO D. BECKNER, | Violations: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about April 23, 2021, in Upshur County, in the Northern District of West Virginia, defendant **BO D. BECKNER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Driving Under the Influence of Alcohol, Third or Subsequent Offense, in the Circuit Court of Upshur County, West Virginia, in case number 12-F-79, on November 15, 2012; and Driving While License Revoked for D.U.I., Third or Subsequent Offense, in the Circuit Court of Upshur County, West Virginia, in case number 19-F-86, on July 2, 2019; knowingly possessed a firearm, that is, a Savage Arms Corporation, model Stevens 107B, 12-gauge, break-open action style shotgun, no serial number; and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

(Possession of Unregistered Firearm)

On or about April 23, 2021, in Upshur County, in the Northern District of West Virginia, defendant **BO D. BECKNER** did knowingly possess a Savage Arms Corporation, model Stevens 107B, 12-gauge, break-open action style shotgun, no serial number, with an overall length of less than 26 inches or a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Christopher L. Bauer
Assistant United States Attorney