**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                      **Crim. Action No.: 2:22-CR-07**
                                      **(Judge Kleeh)**

**BO D. BECKNER,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 26],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On June 28, 2022, the Defendant, Bo D. Beckner ("Beckner"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY**, without a written plea agreement, to Counts One and Two of the Indictment, charging him in Count One with Unlawful Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and in Count Two with Possession of an Unregistered Firearm, in violation of 26 U.S.C. §§ 5861(d) and 5871. Beckner stated that he understood that the magistrate judge is not a United States District Judge, and Beckner consented to pleading before the magistrate judge.

This Court referred Beckner's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to

USA v. BECKNER                                                     2:22-CR-07

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 26], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Beckner's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Beckner was competent to enter a plea, that the plea was freely and voluntarily given, that Beckner understood the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 26] finding a factual basis for the plea and recommending that this Court accept Beckner's plea of guilty to Counts One and Two of the Indictment.

The magistrate judge **remanded** Beckner to the custody of the United States Marshals Service.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Beckner nor the Government filed objections to the R&R.

**USA v. BECKNER**                                                    **2:22-CR-07**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 26], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 26], provisionally **ACCEPTS** Beckner's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Counts One and Two of the Indictment.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Beckner, and prepare a presentence investigation report for the Court;

2. The Government and Beckner shall each provide their narrative descriptions of the offense to the Probation Officer by **July 25, 2022**;

3. The presentence investigation report shall be disclosed to Beckner, his counsel, and the Government on or before **September 8, 2022**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **September 22, 2022**;

3

**USA v. BECKNER** 2:22-CR-07

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 26], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

5. Counsel's responses to objections to the presentence investigation report shall be filed on or before **September 29, 2022**;

6. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **October 13, 2022**; and

7. Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **October 20, 2022**.

The Court further **ORDERS** that prior to sentencing, Beckner's counsel shall review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Beckner on **November 3, 2022,** at **1:30 p.m.**, at the **Elkins, West Virginia**, point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the

4

USA v. BECKNER                                                    2:22-CR-07

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 26],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: July 19, 2022

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

5